SULLIVAN et al. v. QUINN.

(Supreme Court, Appellate Term.  January 5, 1912.)

JUDGMENT (§ 649*)—SUMMARY PROCEEDINGS—WARRANT FOR DISPOSSESSION—
EFFECT.

Issuance of a warrant for dispossession in summary proceedings for nonpayment of rent constitutes an adjudication that the relationship of landlord and tenant existed.

[Ed. Note.—For other cases, see Judgment, Cent. Dig. § 1161; Dec. Dig. § 649.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Timothy D. Sullivan and another against James A. Quinn.  Judgment for defendant, and plaintiffs appeal.  Reversed, and new trial ordered.

Argued before SEABURY, LEHMAN, and PAGE, JJ.

Charles L. Hoffman, for appellants.
Wilmer J. McAllister, for respondent.

PER CURIAM.  The testimony introduced at the trial without objection shows that the plaintiffs have brought summary proceedings against this defendant for nonpayment of rent and that a warrant of dispossess was subsequently issued.  This constitutes an adjudication that the relation of landlord and tenant existed between the parties.

Judgment should be reversed, and a new trial ordered, with costs to appellants to abide the event.